**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| ALFONSO P. EDWARDS, SR., <br><br>    Plaintiff, <br><br> v. <br><br> CITIBANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC, <br><br>    Defendants. | Case No.   3:26-1754-JDA <br><br> Removed from the Common Pleas Court of Richland County, South Carolina, Fifth Judicial Circuit <br> (Case No. 2026CP4001894) |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**

**NOTICE OF REMOVAL**

Equifax Information Services LLC ("Equifax") files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and in support thereof would respectfully show the Court as follows:

**PROCEDURAL BACKGROUND**

1. On or about March 24, 2026, Plaintiff Alfonso P. Edwards, Sr. ("Plaintiff") filed the Complaint in the Richland County Court of Common Pleas, Fifth Judicial Circuit, South Carolina, Case No. 2026CP4001894 ("State Court Action") alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, against Equifax.

2. Equifax was served with Plaintiff's Complaint on March 30, 2026. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

**GROUNDS FOR REMOVAL**

3. The present suit is an action over which the United States District Court, District of South Carolina, has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court

3

by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

## **COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

4. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court, District of South Carolina because it is in the district and division embracing the place where the state court action is pending.

5. In accordance with 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon Defendant Equifax are attached hereto as **Exhibit A**.

6. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Richland County Court of Common Pleas, Fifth Judicial Circuit, South Carolina, as required by 28 U.S.C. § 1446(d).

7. The undersigned has consulted with counsel for the other defendants. They consent to this removal.

WHEREFORE, Defendant requests that the above-described action be removed to this Court, and requests that it receive such other and further relief to which it may show itself justly entitled at law or in equity.

[SIGNATURE PAGE TO FOLLOW]

3

April 28, 2026                    Respectfully submitted,

                                 /s/ *Rita Bolt Barker*
                                 Rita Bolt Barker (USDC ID No. 10566)
                                 WYCHE, P.A.
                                 200 E. Broad Street, Suite 400
                                 Greenville, SC 29601
                                 Telephone: (864) 242-8235
                                 Facsimile: (864) 235-8900 Email:
                                 rbarker@wyche.com
                                 ***Attorney for Defendant Equifax Information Services LLC***